KARL S. HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar No. 2213
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
Email: cooperw@reno.gov

*Attorneys for City of Reno*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* ◊ \* \*

DANCERS JANE DOE 1-166, inclusive
and FANTASY GIRLS, LLC,

    Plaintiff,

vs.

CITY ATTORNEY KARL HALL, CITY
OF RENO, ELITE INVESTIGATIONS
and DOES 1-10

    Defendants.
_____/

CASE NO.: 3:18-cv-00285-MMD-WGC

**STATEMENT REGARDING REMOVAL**

    Defendants City Attorney Karl Hall and City Of Reno hereby provides the following information:

1. Defendant City Attorney Karl Hall and City Of Reno was served with a copy of the summons and complaint on June 12, 2018.

2. The removal at issue in this case is based upon federal question jurisdiction and not diversity jurisdiction.

3. The Amended Notice of Removal in this case was filed on June 15, 2018, within 4 days of service of the summons and complaint.

4. The state court action in this case commenced on May 30, 2018, when Plaintiffs filed a complaint in the Second Judicial District Court of the State of Nevada. The Complaint and Summons was served on the City Attorney Karl Hall and City of Reno on June 12, 2018. The Amended Notice of Removal was filed on June 15, 2018, within 4 days of service of the Complaint and Summons.

5. City Attorney Karl Hall and City of Reno are the only Defendants who have been properly served with a Summons and Complaint in this action.  Defendant Elite Investigations has not been properly served with a Summons and Complaint. However, Elite Investigations received a copy of the Complaint on June 13, 2018 via mail.  Co-Defendants who have not been properly served need not join in the Notice of Removal. *Destfino v. Reiswig*, 630 F. 3d 952, 955 (9th Cir. 2011).  Pursuant to 28 U.S.C. § 1446(b)(2)(A), only those Defendants who have been properly joined and served must join in or consent to the removal of the action.  Nevertheless, Defendant Elite Investigations does consent to the removal of this action.

RESPECTFULLY SUBMITTED.

DATED this ___15___ day of June, 2018.

                KARL S. HALL
                Reno City Attorney

                By: /s/ William E. Cooper
                WILLIAM E. COOPER
                Deputy City Attorney
                Nevada State Bar #2213
                Post Office Box 1900
                Reno, Nevada 89505
                *Attorneys for City of Reno*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STATEMENT REGARDING REMOVAL**

on the party(s) set forth below by:

\_\_\_\_\_   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

\_\_\_\_\_   Personal delivery.

__X__   CM/ECF electronic service

__X__   Emailed to: Fahrendorf, Viloria, Oliphant & Oster, L.L.P.

\_\_\_\_\_   Federal Express or other overnight delivery.

\_\_\_\_\_   Reno/Carson Messenger Service.

addressed as follows:

| | |
|---|---|
| Mark R. Thierman, Esq. | Jeremy B. Clarke, Esq. |
| Joshua D. Buck, Esq. | Fahrendorf, Viloria, Oliphant & Oster, L.L.P. |
| Leah L. Jones, Esq. | 327 California Ave. |
| 7287 Lakeside Drive | P.O. Box 62 |
| Reno, NV 89511 | Reno, NV 89504 |
| *Attorneys for Plaintiffs* | *Attorney for Defendant Elite Investigations* |

DATED this 15th day of June, 2018

By: /s/ Terri Strickland
Terri Strickland
Legal Assistant