UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * ◊ * *

| | |
|---|---|
| DANCERS JANE DOE 1-166, inclusive and FANTASY GIRLS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY ATTORNEY KARL HALL, CITY OF RENO, ELITE INVESTIGATIONS and DOES 1-10<br><br>　　　　　　Defendants. | CASE NO.: 3:18-cv-00285-MMD-WGC<br><br>**ORDER REGARDING EXTENSION OF TIME FOR DEFENDANTS KARL HALL AND CITY OF RENO TO FILE THEIR RESPONSE TO PLAINTIFFS COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby granted that Defendant Karl Hall and Defendant City of Reno's deadline to file their Response to Plaintiffs Complaint be extended from July 3, 2018 to July 17, 2018.

IT IS SO ORDERED.

　　　DATED this 5th day of July, 2018.


　　　　　　　　　　　　　　　　　　　William G. Cobb
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge