# EXHIBIT "1"

Stipulation and Proposed Order for Plaintiffs to File Their First Amended Complaint and for Defendants Karl Hall and City Of Reno To File Their Response To Plaintiff's First Amended Complaint

# EXHIBIT "1"

Stipulation and Proposed Order for Plaintiffs to File Their First Amended Complaint and for Defendants Karl Hall and City Of Reno To File Their Response To Plaintiff's First Amended Complaint

1  WILLIAM E. COOPER
   Deputy City Attorney
2  Nevada State Bar No. 2213
   Post Office Box 1900
3  Reno, Nevada 89505
   (775) 334-2050
4  Email:  cooperw@reno.gov
   *Attorney for City of Reno*
5
6
                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
                             * * ◊ * *
8

9  DANCERS JANE DOE 1-166, inclusive          CASE NO.: 3:18-cv-00285-MMD-WGC
   and FANTASY GIRLS, LLC,
10                                             **STIPULATION AND ORDER FOR**
                        Plaintiff,             **PLAINTIFFS TO FILE THEIR**
11                                             **FIRST AMENDED COMPLAINT**
                                               **AND FOR DEFENDANTS KARL**
12 vs.                                         **HALL AND CITY OF RENO TO**
                                               **FILE THEIR RESPONSE TO**
13 CITY ATTORNEY KARL HALL, CITY               **PLAINTIFF'S FIRST AMENDED**
   OF RENO, ELITE INVESTIGATIONS              **COMPLAINT**
14 and DOES 1-10

15 _____ /          **(FIRST REQUEST)**
                        Defendants.
16

17        It is hereby stipulated between Plaintiffs counsel, MARK THIERMAN, Thierman Buck,

18 LLP, and Defendants, by and through their attorney, WILLIAM E. COOPER, Deputy City

19 Attorney, that Plaintiffs may amend their Complaint on file herein once as a matter of course

20 pursuant to FRCP 15(a)(1) and that Defendants Karl Hall and the City of Reno shall file their

21 response to the First Amended Complaint in the normal course.

22        DATED this __16th__ day of July, 2018.

23

24    By:  __/s/ Mark R. Thierman__          By: __/s/ William E. Cooper__
25         MARK R. THIERMAN                       WILLIAM E. COOPER
           JOSHUA D. BUCK                         Deputy City Attorney
26         LEAH L. JONES                          Post Office Box 1900
           7287 Lakeside Drive                    Reno, Nevada  89505
27         Reno, NV 89511                         (775) 334-2050
           (775) 284-1500                         *Attorney for Karl Hall and*
28         *Attorneys for Plaintiffs*             *City of Reno*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STIPULATION AND ORDER FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT AND FOR DEFENDANTS KARL HALL AND CITY OF RENO TO FILE THEIR RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

on the party(s) set forth below by:

_____     Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.


_____     Personal delivery.

__X___     CM/ECF electronic service

_____     Facsimile (FAX).

_____     Federal Express or other overnight delivery.

_____     Reno/Carson Messenger Service.


addressed as follows:

Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
7287 Lakeside Drive
Reno, NV 89511

*Attorneys for Plaintiffs*


DATED this __16th__ day of July, 2018


By: */s/ Terri Strickland*
Terri Strickland
Legal Assistant

1

## **LIST OF EXHIBITS**

2

3

| Exhibit No. | Document Description | No. of Pages |
|---|---|---|
| 1 | Proposed Order | 1 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

1

# EXHIBIT "A"

2

3

## Proposed Order

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# EXHIBIT "A"

27

28

## Proposed Order

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * ◊ * *

| | |
|---|---|
| DANCERS JANE DOE 1-166, inclusive and FANTASY GIRLS, LLC, ) | CASE NO.: 3:18-cv-00285-MMD-WGC |
| ) | |
| ) | **[PROPOSED] ORDER  FOR** |
| Plaintiffs, ) | **PLAINTIFFS TO FILE THEIR** |
| ) | **FIRST AMENDED COMPLAINT** |
| vs. ) | **AND FOR DEFENDANTS KARL** |
| ) | **HALL AND CITY OF RENO TO** |
| CITY ATTORNEY KARL HALL, CITY ) | **FILE THEIR RESPONSE TO** |
| OF RENO, ELITE INVESTIGATIONS ) | **PLAINTIFF'S FIRST AMENDED** |
| and DOES 1-10 ) | **COMPLAINT** |
| ) | |
| Defendants. ) | |

It is hereby granted that Plaintiffs may amend their Complaint on file herein once as a matter of course pursuant to FRCP 15(a)(1) and that Defendants Karl Hall and the City of Reno shall file their response to the First Amended Complaint in the normal course.

IT IS SO ORDERED.

DATED this _____ day of July, 2018.

_____
United States Magistrate Judge