# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * ◊ * *

| | |
|---|---|
| DANCERS JANE DOE 1-166, inclusive and FANTASY GIRLS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY ATTORNEY KARL HALL, CITY OF RENO, ELITE INVESTIGATIONS and DOES 1-10<br><br>Defendants. | CASE NO.: 3:18-cv-00285-MMD-WGC<br><br>**ORDER FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT AND FOR DEFENDANTS KARL HALL AND CITY OF RENO TO FILE THEIR RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

It is hereby granted that Plaintiffs may amend their Complaint on file herein once as a matter of course pursuant to FRCP 15(a)(1) and that Defendants Karl Hall and the City of Reno shall file their response to the First Amended Complaint in the normal course.

IT IS SO ORDERED.

DATED this 17th day of July, 2018.

_William G. Cobb_
United States Magistrate Judge