KARL S. HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar No. 2213
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
Email: cooperw@reno.gov

*Attorneys for City of Reno*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* ◊ \* \*

| | |
|---|---|
| DANCERS JANE DOE 1-166, inclusive and FANTASY GIRLS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CITY ATTORNEY KARL HALL, CITY OF RENO, ELITE INVESTIGATIONS and DOES 1-10<br><br>Defendants.<br>_____ / | CASE NO.: 3:18-cv-00285-MMD-WGC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's June 18, 2018 Minute Order regarding Removal (ECF #5), the parties submit the following Joint Status Report:

 1. This action was removed from the Second Judicial District Court of the State of Nevada on June 15, 2018.

2. All pleadings filed in the state court action prior to removal were attached to the Notice of Removal and are presently before this court.

3. Defendant CITY OF RENO filed its Statement Regarding Removal on June 15, 2018.

4. On July 16, 2018, the parties filed a Stipulation and Proposed Order for Plaintiffs to file their First Amended Complaint.

5. Upon the filing of the First Amended Complaint the Defendants Karl Hall and the City of Reno will file their Response thereto in the normal course.

6. The parties are not aware of any action required to be taken by the court at this time.

RESPECTFULLY SUBMITTED.

DATED this  17th  day of July, 2018.

By:  */s/ Mark R. Thierman*  
    MARK R. THIERMAN  
    JOSHUA D. BUCK  
    LEAH L. JONES  
    7287 Lakeside Drive  
    Reno, NV 89511  
    (775) 284-1500  
    *Attorneys for Plaintiffs*

By:  */s/ William E. Cooper*  
    WILLIAM E. COOPER  
    Deputy City Attorney  
    Post Office Box 1900  
    Reno, Nevada 89505  
    (775) 334-2050  
    *Attorney for Karl Hall and City of Reno*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**JOINT STATUS REPORT**

on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____  Personal delivery.

__X__  CM/ECF electronic service

_____  Federal Express or other overnight delivery.

_____  Reno/Carson Messenger Service.

addressed as follows:

Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
7287 Lakeside Drive
Reno, NV 89511

*Attorneys for Plaintiffs*

DATED this 17th day of June, 2018

By: */s/ Terri Strickland*
Terri Strickland
Legal Assistant